UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

1199 SEIU GREATER UNITED HEALTHCARE WORKERS EAST,
**Plaintiff**

-v-

GLENGARIFF HEALTH CARE CENTER,
**Defendant**



08 CV 00399
Case No.

RECEIVED JAN 15 2008 U.S.D.C. CASHIERS

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (1199 SEIU United Healthcare Workers East) (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: January 15, 2008

**Signature of Attorney**
Lowell Peterson
**Attorney Bar Code: LP 5405**

92010

American LegalNet, Inc.
www.USCourtForms.com