UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
*Attorneys for Defendant*
58 South Service Road, Suite 410
Melville, New York 11747
(631) 247-0404
    ATTORNEY OF RECORD:
        CHRISTOPHER M. VALENTINO, ESQ. (CV4312)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/06/08

------------------------------------------------------------X

1199 SEIU GREATER UNITED
HEALTHCARE WORKERS EAST,

                Plaintiff,

    -against-

GLENGARIFF HEALTH CARE CENTER,

                Defendant.

------------------------------------------------------------X

Case No.: 08-CV-00399 (AC)

**STIPULATION EXTENDING
DEFENDANT'S TIME TO
ANSWER, MOVE OR
OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT**

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys, that the time within which Defendant's have to answer, move or otherwise respond to Plaintiff's Complaint in this action, be and the same hereby is extended to and including March 14, 2008.

_____
LOWELL PETERSON, ESQ. (LP5405)
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTORNEYS FOR PLAINTIFF
1350 Broadway, Suite 501
P.O. Box 822
New York, New York 10018-0026
(212) 344-2929

Dated: 2/25/07

_____
CHRISTOPHER M. VALENTINO, ESQ. (CV4312)
JACKSON LEWIS LLP
*ATTORNEYS FOR DEFENDANT*
58 South Service Road, Suite 410
Melville, New York 11747
(631) 247-0404

Dated: 2/14/08

SO ORDERED:
_____
U.S.D.J.

I:\Clients\O\Glengariff\Funds Litigation\Stip extending time to answer 2-14-08.DOC

3/3/08